

# NUMBER 13-22-00366-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE SIGNATURE CARE EMERGENCY CENTER AND ROUND TABLE PHYSICIANS GROUP PLLC

## On Petition for Writ of Mandamus.

# ORDER

**Before Justices Benavides, Hinojosa, and Silva**
**Order Per Curiam**

On August 8, 2022, relators Signature Care Emergency Center and Round Table Physicians Group PLLC filed a petition for writ of mandamus through which they assert that the trial court abused its discretion "by vacating his November 10, 2021 Orders that had transferred venue to Fort Bend County and/or by refusing to grant Relators' Motion to Remand contemporaneously with the November 10, 202[1] order transferring venue."

The Court requests that the real parties in interest, Baldemar Quintero, Maria Quintero, Karina Quintero, and Edgar Perez, or any others whose interest would be

directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See* TEX. R. APP. P. 52.2, 52.4, 52.8.

PER CURIAM

Delivered and filed on the
10th day of August, 2022.